NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

MAY 23 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ADRIENNE RENEE PERRY,

Plaintiff-Appellant,

v.

TERRY WHITE, General Manager, King
County Metro; DOW CONSTANTINE,
County Executive, King County,

Defendants-Appellees.

No. 22-35459

D.C. No. 2:22-cv-00477-TL

MEMORANDUM[*]

Appeal from the United States District Court
for the Western District of Washington
Tana Lin, District Judge, Presiding

Submitted May 16, 2023[**]

Before:    BENNETT, MILLER, and VANDYKE, Circuit Judges.

Adrienne Renee Perry appeals pro se from the district court's order denying

her motion for appointment of counsel in her employment action alleging claims

under Title VII and the Age Discrimination in Employment Act.  We have

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of discretion. *Bradshaw v. Zoological Soc'y of San Diego*, 662 F.2d 1301, 1319 (9th Cir. 1981). We affirm.

The district court did not abuse its discretion in denying Perry's motion for appointment of counsel because Perry failed to demonstrate that she made sufficient efforts to secure counsel or that her claims have merit.  *See id.* (setting forth factors for court to assess in determining whether to appoint counsel for actions involving claims under Title VII).

**AFFIRMED.**